No. 1562, Misc. BIGGERS v. TENNESSEE. Sup. Ct. Tenn. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket and set for oral argument immediately following No. 1087. *Jack Greenberg, Michael Meltsner, Anthony G. Amsterdam, Avon N. Williams* and *Z. Alexander Looby* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Robert F. Hedgepath,* Assistant Attorney General, for respondent.

No. 1168. VOLKSWAGENWERK AKTIENGESELLSCHAFT v. FEDERAL MARITIME COMMISSION ET AL. C. A. D. C. Cir. Certiorari granted. *Walter Herzfeld, Cecilia H. Goetz, Richard A. Whiting, Robert J. Corber* and *Stanley J. Madden* for petitioner. *Robert N. Katz* and *Walter H. Mayo III* for Federal Maritime Commission, and *Solicitor General Marshall* and *Assistant Attorney General Turner* for the United States, respondents. *Edward D. Ransom* and *R. Frederic Fisher* for Pacific Maritime Association, intervenor below.

No. 522. PAULING v. GLOBE-DEMOCRAT PUBLISHING Co. C. A. 8th Cir. Certiorari denied. *John Raeburn Green* and *Lewis C. Green* for petitioner. *Lon Hocker* for respondent.

No. 1312. WARN v. BROOKS-SCANLON, INC. C. A. 9th Cir. Certiorari denied. *Marvin S. Nepom* for petitioner.